FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SA CR 10→272-JLS |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed. R. Crim. P. 32.1(a)(6); |
| ) | 18 U.S.C. § 3143(a)] |
| Jesus Vargas Gutierrez, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist./California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( ✓ ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown bail resources and recent background,

1     undocumented alien status, use of numerous different

2     personal identifiers, immigration hold

3

4     and/or

5 B.    ( )   The defendant has not met his/her burden of establishing by

6        clear and convincing evidence that he/she is not likely to pose

7        a danger to the safety of any other person or the community if

8        released under 18 U.S.C. § 3142(b) or (c). This finding is based

9        on:

10

11

12

13

14     IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated:    4/28/14

18                                   JEAN ROSENBLUTH

                                    U.S. MAGISTRATE JUDGE

2